UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| SALLIE M. WALKER | * | CIVIL ACTION NO. 16-1129 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| GREEN CLINIC MEDICAL CENTER | * | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED, ADJUDGED, and DECREED that the motion to dismiss for failure to state a claim for which relief can be granted, FED. R. CIV. P. 12(b)(6) [doc. #8], filed by Defendant Green Clinic Medical Center is GRANTED and Plaintiff Sallie M. Walker's complaint is hereby DISMISSED WITH PREJUDICE.

Monroe, Louisiana, this 3rd day of March, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE